Rene J. Dupart (SBN 289956)
LAW OFFICES OF JON JACOBS
5701 Lonetree Blvd., Suite 202
Rocklin, CA 95765
Telephone: (916) 663-6400
Facsimile: (916) 663-6500
rene@lemonbuyback.com

Attorneys for Plaintiff
SHANE LESLIE MEADOWS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN COOPER, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company; and DOES 1 to 20, Inclusive,<br><br>            Defendants. | CASE NO.: 2:18-CV-00376-JAM-AC<br><br>**REQUEST FOR DISMISSAL** |

Pursuant to the Notice of Settlement and Date Agreed to Dismiss Case filed May 4, 2018, as Document 5 with the court, Plaintiff DUSTIN COOPER hereby requests this court dismiss this action with prejudice pursuant to FRCP 41(a)(1).

Dated: August 27, 2018

Respectfully submitted,

LAW OFFICES OF JON JACOBS

/S/ Rene J. Dupart
_____
Rene J. Dupart
Attorneys for Plaintiff
DUSTIN COOPER

Cooper v. GM

1

REQUEST FOR DISMISSAL